**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6361

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DARRICK LAMORRIS MCKENZIE,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Dever III, District Judge.  (7:18-cr-00055-D-1)

Submitted:  January 19, 2023                    Decided:  February 3, 2023

Before DIAZ and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Darrick Lamorris McKenzie, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrick Lamorris McKenzie appeals the district court's order dismissing his postjudgment motions. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because McKenzie's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
